# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



Registration Number
**VAu 1-474-967**

Effective Date of Registration:
July 04, 2022
Registration Decision Date:
July 27, 2022

---

## Title

**Title of Work:** ILLUSION DM

## Completion/Publication

**Year of Completion:** 2021

## Author

- **Author:** Mei Li
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Domiciled in:** China
  **Year Born:** 1976

## Copyright Claimant

**Copyright Claimant:** Mei Li
No. 150, Tiereke Village, Sanzibaikuoke, Xiete Agele Township, Fuhai County, Xinjiang, 836400, China

## Rights and Permissions

**Organization Name:** GOLDMAN LAW GROUP
**Name:** WILLIAM SCOTT GOLDMAN
**Email:** wsg@goldmanlawgroup.com
**Telephone:** (202)880-9200
**Address:** 1300 PENNSYLVANIA AVE., N.W.
STE. #700
WASHINGTON, DC 20004 United States

## Certification

Page 1 of 2