Re: 23-CV-62295 Copyright Violation Issue Regarding Doormat Product

Walmart seller Name: ROWSILY
Seller ID: 10001316100
Email: zxcwlmsw@163.com
Registered phone number: 18107231336
Company name: shenzhen shi rui shang hao dian zi shang wu you xian gong si
Owner: Xiaocui Zhou


CC: Judge Smith.
Southern District of Floria



FILED BY _____ D.C.
APR 29 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

April 23, 2024

Dear Mr. Palmer,

I am writing to address a matter regarding the unintentional violation of copyright pertaining to a doormat product. Our sincere apologies for any infringement caused, as it was entirely inadvertent on our part. We were unaware of the copyright associated with the doormat in question, as this information was not provided by the manufacturer at the time of purchase. We are currently taking steps to address this issue with our merchandise provider.

To provide context, we only displayed two units of the doormat for sale before Halloween, resulting in total sales amounting to $12.99. We acknowledge the seriousness of the situation and are committed to resolving it promptly and fairly.

We seek your assistance in finding a resolution to this matter and would greatly appreciate your swift response.

Thank you for your attention to this issue.


Sincerely,

Zhou Xiaocui

4410 Desert Cliff Ct
Katy, TX 77494

138 E 60th St
22C. New York
NY 10022

NEW YORK NY 100
25 APR 2024 PM 7 L

Southern District of Florida.
299 East Broward,
Fort Lauderdale,
Florida, 33301

33301-194499