Mingxing Zheng
138 E 50th St. Apt. 22C
New York, NY 10022
angelstoneshi@gmail.com, 438581709@qq.com
832-954-9006

Re: 23-CV-62295 Mei Li v. Mingxing Zheng

Walmart seller Name: RBX
Seller ID: 10001208819
Email: 438581709@qq.com
Registered phone number: 15623328255
Company name: Wuhan Runbaixing trading Co., LTD, China
Owner: Zheng Mingxing



FILED BY _____ D.C.
APR 29 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

April 23, 2024

Dear Judge Smith,

Please see my respond to the plaintiff's attorney. I will have my attorney take care of this case for me in your court going forward. We will be ready to answer any questions and seek a solution.

Thanks.

Dear Mr. Palmer,

I hope this letter finds you well. My sincere apologies for any inconvenience caused by the delay in responding to your correspondence. As you know I just received your email yesterday and my attorney is tied with other matters so I am writing this letter to you. I understand that the deadline for reply is tomorrow, April 24, and I appreciate your patience.

I must acknowledge and apologize for any inadvertent infringement upon the copyrights of your clients. As a small business proprietor, I fully comprehend the significance of safeguarding intellectual property rights.

Approximately two years ago, prior to Halloween, our establishment inadvertently acquired five door mats, unaware of their copyrighted status. These mats were subsequently listed on our Walmart website for a period of three weeks, during which only one unit was sold for $8.99. Following the conclusion of the Halloween season, the mats were promptly removed from our inventory, and no further sales have occurred since.

I am eager to meet with you in person at your convenience to provide further details regarding this matter. I am prepared to present our sales data, which will demonstrate our lack of intent to infringe upon any copyright, as well as the minimal financial gain derived from the single sale.

I am grateful for your prompt communication yesterday, and I assure you of my commitment to rectifying this issue amicably. Additionally, I look forward to the opportunity to support your practice in the future, as I maintain interests in both a beach house and business ventures in Miami.

I eagerly anticipate your response and the opportunity to discuss this matter further.

Thank you for your understanding and cooperation.

Sincerely,

Mingxing Zheng

4400 Descentcliff Ct
Katy, TX 77494

NEW YORK NY 100
25 APR 2024 PM 7 L

District Ct, Southern District of Flor
299 East Broward
Fort Lauderdale,
FL 33301

33301-194499